■ CHENANGO GAS COMPANY, INC., et al., Respondents, v. ALLSTATE INSURANCE COMPANY et al., Appellants, and ÆTNA CASUALTY & SURETY COMPANY et al., Respondents.— Judgment unanimously affirmed, with costs, on the opinion of SIMPSON, J., at Special Term (39 Misc 2d 177). Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ GOODWILL ADVERTISING COMPANY, Respondent, v. STATE LIQUOR AUTHORITY, Appellant.— Judgment and order affirmed, with costs on the opinion of COOKE, J., at Special Term (40 Misc 2d 886). Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.